IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00310-MOC-WCM

| | |
|---|---|
| LORRAINE TIPALDI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AVL TECHNOLOGIES, )<br>)<br>Defendant. )<br>_____ | ORDER |

This matter is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (the "Application," Doc. 3).

Upon review of the Application, it appears that Plaintiff has limited income and assets and is entitled to proceed *in forma pauperis* in this case.

**IT IS THEREFORE ORDERED** that:

1. Plaintiff's Application (Doc. 3) is **GRANTED**, and Plaintiff is permitted to proceed without prepayment of the filing fee or giving security therefor.

2. The Court further **DIRECTS** that:

    a. To the extent she has not already done so, on or before November 13, 2023, Plaintiff shall prepare a summons for Defendant and submit the summons to the Clerk.

    b. After the summons has been received and issued, the Clerk is

1

respectfully directed to deliver process to the United States Marshal's Service.

c. The United States Marshal's Service shall serve process upon Defendant at the expense of the United States Government.

d. Notwithstanding service of process by the United States Marshal's Service as directed herein, Plaintiff remains responsible for making sure that service is effected properly pursuant to the Rules of Civil Procedure.

Signed: October 30, 2023

W. Carleton Metcalf
United States Magistrate Judge